UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:09-CR-11 RM |
| | ) | |
| ROSENDO DELREAL (01) | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 30, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 72], ACCEPTS defendant Rosendo Delreal's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:   July 22, 2009  

　　　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.  
　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　United States District Court